UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ENRIQUE AVILES, 07-629(MLC)

## PETITION FOR WRIT OF HABEAS CORPUS

1. Enrique Aviles #504725, is now confined at the Mercer County Correction Center.

2. Said individual will be required at Trenton, New Jersey, before the Hon. Mary L. Cooper, U.S. District Judge, on January 5, 2009, at 11:00 a.m., for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 30, 2008

PATRICK A. ASKIN
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 12/30/08

Hon. Mary L. Cooper, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Mercer County Correction Center:
WE COMMAND YOU that you have the body of

ENRIQUE AVILES #504725,

now confined at the Mercer County Correction Center, brought before the United States District Court, the Hon. Mary L. Cooper, U.S. District Judge, in the Clarkson S. Fisher Federal Bldg./Courthouse at Trenton, on January 5, 2009 at 11:00 a.m., in civilian clothes, for a sentencing hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Mary L. Cooper
United States District Judge
Trenton, New Jersey.

DATED: 12/30/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk